Exhibit 3

Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Twitter ("Defendant")

| Claims | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Twitter Twitter with system-generated Searching Service performs a method of processing requests.<br>For Example, Twitter Searching Service receive user request, process them, and provides needed information right at the system. So, it helps you find what you're looking for and stay in control of what you see.<br><br><br><br>Source:    https://developer.twitter.com/en/docs/twitter-api/tweets/search/integrate/build-a-query#:~:text=The%20search%20endpoints%20accept%20a,a%20variety%20of%20Tweet%20attributes. |

1

| | |
|---|---|
| | Searching for Tweets is an important feature used to surface Twitter conversations about a specific topic or event. While this functionality is present in Twitter, these endpoints provide greater flexibility and power when filtering for and ingesting Tweets so you can find relevant data for your research more easily; build out near-real-time 'listening' applications; or generally explore, analyze, and/or act upon Tweets related to a topic of interest.<br><br>Source: https://developer.twitter.com/en/docs/twitter-api/tweets/search/introduction<br><br>There is a fundamental difference between searching for Tweets and searching for entities in Tweets, such as images and videos. In the former case, the decision about whether a Tweet matches a query can be made by looking at the text of the Tweet, with no other outside information. Additionally, per-Tweet relevance signals can be used to rank and compare matching Tweets to find the best ones. The situation is different when searching for images or videos. For example, the same image may be tweeted many times, with each Tweet containing different keywords that all describe the image. Consider the following Tweets:<br><br>Source: https://blog.twitter.com/engineering/en_us/a/2011/the-engineering-behind-twitter-s-new-search-experience |
| estimating at least one | The Twitter platform with system-generated Searching Service estimates at least one content-specific or requestor-specific characteristic associated with each received request. |

| | |
|---|---|
| content-specific or requestor-specific characteristic associated with each received request; | For Example, Twitter estimates at least one content-specific (i.e., search query parameters (what the user looking for)) or requestor-specific (user's intent) characteristic associated with each received request.<br><br><br><br>Source: https://twitter.com/i/flow/login |

## Building a query

### Query limitations

Your queries will be limited depending on which access level you are using.

If you have Essential or Elevated access, your query can be 512 characters long.

If you have Academic Research access, your query can be 1024 characters long.

Source:       https://developer.twitter.com/en/docs/twitter-api/tweets/search/integrate/build-a-query#:~:text=The%20search%20endpoints%20accept%20a,a%20variety%20of%20Tweet%20attributes.

Searching for Tweets is an important feature used to surface Twitter conversations about a specific topic or event. While this functionality is present in Twitter, these endpoints provide greater flexibility and power when filtering for and ingesting Tweets so you can find relevant data for your research more easily; build out near-real-time 'listening' applications; or generally explore, analyze, and/or act upon Tweets related to a topic of interest.

Source: https://developer.twitter.com/en/docs/twitter-api/tweets/search/introduction

| | |
|---|---|
| | We offer two endpoints that allow you to search for Tweets: Recent search and full-archive search. Both of these REST endpoints share a common design and features, including their use of a single search query to filter for Tweets around a specific topic. These search queries are created with a set of operators that match on Tweet and user attributes, such as message keywords, hashtags, and URLs. Operators can be combined into queries with boolean logic and parentheses to help refine the queries matching behavior.<br><br>Source: https://developer.twitter.com/en/docs/twitter-api/tweets/search/introduction |
| determining availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | The Twitter platform with system-generated Searching Service determines a set of available alternate target resources, each having at least one respective target characteristic.<br>For Example, Twitter uses natural language understanding technologies to understand what is being requested and on the basis of this, determine resources (content) on the characteristic such as current availability and query matching of the resources.<br><br>Searching for Tweets is an important feature used to surface Twitter conversations about a specific topic or event. While this functionality is present in Twitter, these endpoints provide greater flexibility and power when filtering for and ingesting Tweets so you can find relevant data for your research more easily; build out near-real-time 'listening' applications; or generally explore, analyze, and/or act upon Tweets related to a topic of interest.<br><br>Source: https://developer.twitter.com/en/docs/twitter-api/tweets/search/introduction |

There is a fundamental difference between searching for Tweets and searching for entities in Tweets, such as images and videos. In the former case, the decision about whether a Tweet matches a query can be made by looking at the text of the Tweet, with no other outside information. Additionally, per-Tweet relevance signals can be used to rank and compare matching Tweets to find the best ones. The situation is different when searching for images or videos. For example, the same image may be tweeted many times, with each Tweet containing different keywords that all describe the image. Consider the following Tweets:

Source:   https://blog.twitter.com/engineering/en_us/a/2011/the-engineering-behind-twitter-s-new-search-experience

# Building queries for Search Tweets

The search endpoints accept a single query with a GET request and return a set of historical Tweets that match the query.  Queries are made up of operators that are used to match on a variety of Tweet attributes.

To learn more about how to create high-quality queries, visit the following tutorial:

Building high-quality filters for getting Twitter data

Source:        https://developer.twitter.com/en/docs/twitter-api/tweets/search/integrate/build-a-query#:~:text=The%20search%20endpoints%20accept%20a,a%20variety%20of%20Tweet%20attributes.

<table>
<tr>
<td></td>
<td>

Once you've set up your query and start receiving Tweets, these endpoints support navigating the results both by time and Tweet ID ranges. This is designed to support two common use cases:

Source: https://developer.twitter.com/en/docs/twitter-api/tweets/search/introduction

As you test the query, you should scan the returned Tweets to see if they include the data that you are expecting and hoping to receive. Starting with a broad query and a superset of Tweet matches allows you to review the result and narrow the query to filter out undesired results.

Source:     https://developer.twitter.com/en/docs/twitter-api/tweets/search/integrate/build-a-query#build

</td>
</tr>
<tr>
<td>

evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic

</td>
<td>

The Twitter platform with system-generated Searching Service evaluates, with the automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources.

For Example, Twitter uses the content-specific or requestor-specific characteristics of the request and the availability and characteristics parameters of the target resources to evaluate a plurality of alternate allocations of the respective received request with different available resources via artificial intelligence techniques such as neural networks and machine learning.

</td>
</tr>
</table>

| | |
|---|---|
| predictive mult ivariate evalua tor, based on the at least one content-specific or requestor-specific characteristic, and the respective targ et characteristi cs of the plurality of alternate targe t resources; and | ## Introducing Deep Learning in the timelines ranking algorithm<br><br>Source: https://blog.twitter.com/engineering/en_us/topics/insights/2017/using-deep-learning-at-scale-in-twitters-timelines<br><br>Besides the prediction models themselves, a similar set of requirements is applied to the machine learning frameworks – that is, a set of tools that allows one to define, train, evaluate, and launch a prediction model. Specifically, we pay attention to:<br><br>Source: https://blog.twitter.com/engineering/en_us/topics/insights/2017/using-deep-learning-at-scale-in-twitters-timelines<br><br>Machine learning is entering production at Twitter as a way of ranking tweets and boosting engagement.<br><br>Source: https://www.datanami.com/2017/05/10/twitter-ranking-tweets-machine-learning/ |

# Different Ways of How Twitter Uses Artificial Intelligence

Source: https://www.analyticsinsight.net/different-ways-of-how-twitter-uses-artificial-intelligence/

## How Twitter Leverages the Power Of AI?

One of the major challenges that Twitter faced is showing relevant tweet suggestions to every user. While a tweet related to fashion may be relevant to one user, it may not mean anything to another. Artificial intelligence is a tool that helped Twitter achieve this. Now, the AI algorithms are used to scan and then, score various tweets to rank them according to every individual's preferences.

Source: https://www.globaltechcouncil.org/artificial-intelligence/how-twitter-uses-artificial-intelligence/

Twitter is using artificial intelligence in various other ways to improve the user experience. For instance, the company is now using AI for image cropping to offer users a nearly accurate crop.

Source: https://www.globaltechcouncil.org/artificial-intelligence/how-twitter-uses-artificial-intelligence/

9

| | |
|---|---|
| | ## Technical Aspects: How Twitter's Algorithms work?<br><br>Twitter collects a huge amount of data and then run it through its deep neural network systems to find out which users want to see what type of content. Every tweet is ranked in order to figure out whether a user would want to see this tweet in their feed. The ranking model considers various things such as:<br><br>• The tweet and its content<br>• Number of likes and retweets<br>• The connection of the users with the author of the tweet<br>• Whether the user has had previous interactions with this author<br><br>If the relevancy score obtained from all these factors is high, the probability of showing a tweet to the user increases.<br><br>Source:  https://www.globaltechcouncil.org/artificial-intelligence/how-twitter-uses-artificial-intelligence/<br><br>The company is constantly using advanced technology and tools along with knowledge from experts to improve the quality of tweet shown to every user. They are looking forward to enhancing the overall user experience.<br><br>Source:  https://www.globaltechcouncil.org/artificial-intelligence/how-twitter-uses-artificial-intelligence/ |
| generating a control signal , by the at least one automated processor, selectively | The Twitter platform with system-generated Searching Service generates a control signal, by the automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets.<br>For Example, responsive to the evaluation, Twitter generates a control signal for the allocation of the different available resources. The control signal is selectively dependent on the evaluation in view of other factors such as the overall throughput of the system and the priority and requirements of other concurrent requests. |

dependent on the evaluating, to control the allocations of the respective received request with the different available targets.

# Introducing Deep Learning in the timelines ranking algorithm

Source: https://blog.twitter.com/engineering/en_us/topics/insights/2017/using-deep-learning-at-scale-in-twitters-timelines

Besides the prediction models themselves, a similar set of requirements is applied to the machine learning frameworks – that is, a set of tools that allows one to define, train, evaluate, and launch a prediction model. Specifically, we pay attention to:

Source: https://blog.twitter.com/engineering/en_us/topics/insights/2017/using-deep-learning-at-scale-in-twitters-timelines

Machine learning is entering production at Twitter as a way of ranking tweets and boosting engagement.

Source: https://www.datanami.com/2017/05/10/twitter-ranking-tweets-machine-learning/

## Technical Aspects: How Twitter's Algorithms work?

Twitter collects a huge amount of data and then run it through its deep neural network systems to find out which users want to see what type of content. Every tweet is ranked in order to figure out whether a user would want to see this tweet in their feed. The ranking model considers various things such as:

- The tweet and its content
- Number of likes and retweets
- The connection of the users with the author of the tweet
- Whether the user has had previous interactions with this author

If the relevancy score obtained from all these factors is high, the probability of showing a tweet to the user increases.

Source:     https://www.globaltechcouncil.org/artificial-intelligence/how-twitter-uses-artificial-intelligence/

The company is constantly using advanced technology and tools along with knowledge from experts to improve the quality of tweet shown to every user. They are looking forward to enhancing the overall user experience.

Source:     https://www.globaltechcouncil.org/artificial-intelligence/how-twitter-uses-artificial-intelligence/