Exhibit 4

**Infringement Claim Chart for U.S. Pat. No. US8831205B1 Vs Twitter ("Defendant")**

| Claim7 | Evidence |
|---|---|
| 7) A method for defining mutually exclusive communication channels between users, comprising: | The Twitter platform with system-generated follow suggestions performs a method for defining mutually exclusive communication channels between users.

For example, the platform automatically generates follow suggestions based on user profiles. There are different types of follow suggestions including a recommendation for a connection with another user. Each such follow suggestion is unique and therefore mutually exclusive from all others. Each follow suggestion is delivered to the user for whom the suggestion is made, thereby defining a mutually exclusive communication channel between that user and the other user.

**What is Twitter?**

Twitter is a service for friends, family, and coworkers to communicate and stay connected through the exchange of quick, frequent messages. People post Tweets, which may contain photos, videos, links, and text. These messages are posted to your profile, sent to your followers, and are searchable on Twitter search. Learn more about how to use Twitter.

Source: https://help.twitter.com/en/resources/new-user-faq

**What does it mean to follow someone on Twitter?**

Following someone means you've chosen to subscribe to their Twitter updates. When you follow someone, every time they post a new message, it will appear on your Twitter Home timeline.

Source: https://help.twitter.com/en/resources/new-user-faq |

Twitter's account suggestions are based on algorithms that make personalized suggestions for you. You may see suggestions based on criterion such as:

- If you've uploaded your contacts to Twitter, we'll suggest you connect with those who already have Twitter accounts.

- If someone has uploaded their contacts to Twitter, and your email address or phone number is included in their contacts, we may suggest you follow them.

- Twitter may also make suggestions based on your location, such as the city or country you are in.

- We may make suggestions based on your activity on Twitter, such as your Tweets, who you follow, and accounts and Tweets that you view or otherwise interact with.

Source: https://help.twitter.com/en/using-twitter/account-suggestions

**Account suggestions based on imported contacts**

When you upload your contacts to Twitter, these contacts may appear as suggested accounts for you to follow. Conversely, your account may appear as a suggestion for others to follow. You can control whether Twitter will use your address book to suggest your account to others by adjusting the privacy settings that let others find you by your email address or phone number.

Source: https://help.twitter.com/en/using-twitter/account-suggestions

This weekly email highlights a handful of people you may know who use Twitter. You can choose to follow any of the suggested people and you can find more people you may know on twitter.com. Suggestions are based on signals like who your friends follow and the contact information imported by people you know. For example, if several people you know follow someone, you may also know them and want to follow them too. There's no telling who you might find on Twitter, so open this weekly message for an ongoing source of great accounts to follow.

Source: https://blog.twitter.com/en_us/a/2012/people-you-may-know

"This means you will sometimes see Tweets from accounts you don't follow," they continue. "**We recommend Tweets to you based on who you already follow and Topics you follow**, and don't recommend content that might be abusive or spammy. We share recommendations via push notifications, your Notifications tab, and by adding them to your Home timeline."

Source: https://blog.hootsuite.com/twitter-algorithm/#What_is_the_Twitter_algorithm

| | |
|---|---|
| | With more than a hundred million users on Twitter, there are sure to be at least dozens of accounts out there that will reflect your interests. The trouble is finding all of them. Today we're beginning to roll out a simple, but powerful new feature to help address that — "Suggestions for You". The algorithms in this feature, built by our user relevance team, suggest people you don't currently follow that you may find interesting. The suggestions are based on several factors, including people you follow and the people they follow. You'll see these suggestions on Twitter.com and the Find People section. If you like a suggestion, click "follow"; if you don't, click "hide," and we'll try not to suggest that user again.<br><br>Source: https://blog.twitter.com/en_us/a/2010/discovering-who-to-follow<br><br>In addition, you will begin to see recommendations for similar users when you view another account's profile. If you're interested in a particular user, you might be interested in these other accounts as well.<br><br>Since you just followed Biz Stone, you might also want to follow: ×<br>SchauerTime — Lindsay Schauer<br>peoplemag — People magazine<br>veganLocallove — Local Love Services<br><br>Source: https://blog.twitter.com/en_us/a/2010/discovering-who-to-follow |
| a) maintaining a plurality of | The Twitter platform with system-generated follow suggestions maintains a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user |

4

| | |
|---|---|
| user profiles for a plurality of users, each user profile comprising a plurality of user characteristics; | characteristics.<br><br>For example, the platform maintains a profile for each user. The profile includes user characteristics entered by the user such as a bio, the user's age, gender, birthday and location. The profile can also include system-derived characteristics of the user based on the user's past use of the platform such as people and topics that the user follows.<br><br>**Account:** If you are logged in to your Twitter account, you will see information such as your username, email addresses or phone numbers associated with your account, and your account creation details. You will also see certain information that you may have previously provided to us, such as your birthday and profile location. Whether or not you are logged in, you can also see certain information that we have inferred about your account or device such as gender and age range. You can update or correct most of this information at any time (your account creation details cannot be edited).<br><br>Source: https://twitter.com/i/flow/login<br>Source: https://help.twitter.com/en/managing-your-account/accessing-your-twitter-data |

It's easy to customize your profile by selecting unique profile and header images, adding a name, bio, location, birth date, and website. You can also choose a theme color, and pin a Tweet that other people will see when they visit your profile.

Source: https://help.twitter.com/en/managing-your-account/how-to-customize-your-profile

## What is Twitter?

Twitter is a service for friends, family, and coworkers to communicate and stay connected through the exchange of quick, frequent messages. People post Tweets, which may contain photos, videos, links, and text. These messages are posted to your profile, sent to your followers, and are searchable on Twitter search. Learn more about how to use Twitter.

Source: https://help.twitter.com/en/resources/new-user-faq



Source: https://blog.twitter.com/en_us/a/2010/discovering-who-to-follow

"This means you will sometimes see Tweets from accounts you don't follow," they continue. "**We recommend Tweets to you based on who you already follow and Topics you follow**, and don't recommend content that might be abusive or spammy. We share recommendations via push notifications, your Notifications tab, and by adding them to your Home timeline."

Source: https://blog.hootsuite.com/twitter-algorithm/#What_is_the_Twitter_algorithm



Source: https://martech.org/twitters-new-profile-page-now-available-everyone/

| | |
|---|---|
| b) receiving a plurality of requests for mutually exclusive communication channels among respective users | The Twitter platform with system-generated follow suggestion receives a plurality of requests for mutually exclusive communication channels among respective users from the plurality of users.<br><br>For example, when a user submits a completed profile, that submission represents a request from the user for the platform to automatically generate, for the user, at least one follow suggestion. The follow suggestion represents a mutually exclusive communication channel between two users that are the subject of the follow suggestion |

| from the plurality of users; | recommendation. The platform has multiple users and therefore receives a plurality of such requests. |
|---|---|
|  |  **Account:** If you are logged in to your Twitter account, you will see information such as your username, email addresses or phone numbers associated with your account, and your account creation details. You will also see certain information that you may have previously provided to us, such as your birthday and profile location. Whether or not you are logged in, you can also see certain information that we have inferred about your account or device such as gender and age range. You can update or correct most of this information at any time (your account creation details cannot be edited). |
|  | Source: https://twitter.com/i/flow/login<br>Source: https://help.twitter.com/en/managing-your-account/accessing-your-twitter-data |

Twitter's account suggestions are based on algorithms that make personalized suggestions for you. You may see suggestions based on criterion such as:

- If you've uploaded your contacts to Twitter, we'll suggest you connect with those who already have Twitter accounts.

- If someone has uploaded their contacts to Twitter, and your email address or phone number is included in their contacts, we may suggest you follow them.

- Twitter may also make suggestions based on your location, such as the city or country you are in.

- We may make suggestions based on your activity on Twitter, such as your Tweets, who you follow, and accounts and Tweets that you view or otherwise interact with.

Source: https://help.twitter.com/en/using-twitter/account-suggestions

**Account suggestions based on imported contacts**

When you upload your contacts to Twitter, these contacts may appear as suggested accounts for you to follow. Conversely, your account may appear as a suggestion for others to follow. You can control whether Twitter will use your address book to suggest your account to others by adjusting the privacy settings that let others find you by your email address or phone number.

Source: https://help.twitter.com/en/using-twitter/account-suggestions

This weekly email highlights a handful of people you may know who use Twitter. You can choose to follow any of the suggested people and you can find more people you may know on twitter.com. Suggestions are based on signals like who your friends follow and the contact information imported by people you know. For example, if several people you know follow someone, you may also know them and want to follow them too. There's no telling who you might find on Twitter, so open this weekly message for an ongoing source of great accounts to follow.

Source: https://blog.twitter.com/en_us/a/2012/people-you-may-know

"This means you will sometimes see Tweets from accounts you don't follow," they continue. "**We recommend Tweets to you based on who you already follow and Topics you follow**, and don't recommend content that might be abusive or spammy. We share recommendations via push notifications, your Notifications tab, and by adding them to your Home timeline."

Source: https://blog.hootsuite.com/twitter-algorithm/#What_is_the_Twitter_algorithm

With more than a hundred million users on Twitter, there are sure to be at least dozens of accounts out there that will reflect your interests. The trouble is finding all of them. Today we're beginning to roll out a simple, but powerful new feature to help address that — "Suggestions for You". The algorithms in this feature, built by our user relevance team, suggest people you don't currently follow that you may find interesting. The suggestions are based on several factors, including people you follow and the people they follow. You'll see these suggestions on Twitter.com and the Find People section. If you like a suggestion, click "follow"; if you don't, click "hide," and we'll try not to suggest that user again.

Source: https://blog.twitter.com/en_us/a/2010/discovering-who-to-follow

In addition, you will begin to see recommendations for similar users when you view another account's profile. If you're interested in a particular user, you might be interested in these other accounts as well.

Since you just followed Biz Stone, you might also want to follow:                              ×

 SchauerTime
Lindsay Schauer

 peoplemag
People magazine

 veganLocallove
Local Love Services

Source: https://blog.twitter.com/en_us/a/2010/discovering-who-to-follow

| | |
|---|---|
| c) performing a | The Twitter platform with system-generated follow suggestions performs a combinatorial |

| combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, with respect to an optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based | optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, for optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user profiles.<br><br>For example, as an algorithm-assisted social media platform, Twitter strives to provide follow suggestions that will be seen as favorable to as many users of the platform as possible. This means that, as optimization criteria, the platform seeks to maximize the overall value, or net benefit, of follow suggestion that are presented to the users of the platform. The value of each follow suggestion is based on the characteristics in the user profiles of the users that are the subject of that follow suggestion. A processor in the platform determines, for each potential follow suggestion, a net value of the potential follow suggestion. To meet the optimization criteria, the platform selects, from the potential follow suggestions, a set of follow suggestion to present to the users that have a maximum net benefit to the users of the platform.<br><br>**What is Twitter?**<br><br>Twitter is a service for friends, family, and coworkers to communicate and stay connected through the exchange of quick, frequent messages. People post Tweets, which may contain photos, videos, links, and text. These messages are posted to your profile, sent to your followers, and are searchable on Twitter search. Learn more about how to use Twitter.<br><br>Source: https://help.twitter.com/en/resources/new-user-faq |
|---|---|

| on at least the plurality of user profiles; and | Twitter's account suggestions are based on algorithms that make personalized suggestions for you. You may see suggestions based on criterion such as:<br><br>• If you've uploaded your contacts to Twitter, we'll suggest you connect with those who already have Twitter accounts.<br><br>• If someone has uploaded their contacts to Twitter, and your email address or phone number is included in their contacts, we may suggest you follow them.<br><br>• Twitter may also make suggestions based on your location, such as the city or country you are in.<br><br>• We may make suggestions based on your activity on Twitter, such as your Tweets, who you follow, and accounts and Tweets that you view or otherwise interact with.<br><br>Source: https://help.twitter.com/en/using-twitter/account-suggestions<br><br>**Account suggestions based on imported contacts**<br><br>When you upload your contacts to Twitter, these contacts may appear as suggested accounts for you to follow. Conversely, your account may appear as a suggestion for others to follow. You can control whether Twitter will use your address book to suggest your account to others by adjusting the privacy settings that let others find you by your email address or phone number.<br><br>Source: https://help.twitter.com/en/using-twitter/account-suggestions | |

This weekly email highlights a handful of people you may know who use Twitter. You can choose to follow any of the suggested people and you can find more people you may know on twitter.com. Suggestions are based on signals like who your friends follow and the contact information imported by people you know. For example, if several people you know follow someone, you may also know them and want to follow them too. There's no telling who you might find on Twitter, so open this weekly message for an ongoing source of great accounts to follow.

Source: https://blog.twitter.com/en_us/a/2012/people-you-may-know

"This means you will sometimes see Tweets from accounts you don't follow," they continue. "**We recommend Tweets to you based on who you already follow and Topics you follow**, and don't recommend content that might be abusive or spammy. We share recommendations via push notifications, your Notifications tab, and by adding them to your Home timeline."

Source: https://blog.hootsuite.com/twitter-algorithm/#What_is_the_Twitter_algorithm

| | |
|---|---|
| | With more than a hundred million users on Twitter, there are sure to be at least dozens of accounts out there that will reflect your interests. The trouble is finding all of them. Today we're beginning to roll out a simple, but powerful new feature to help address that — "Suggestions for You". The algorithms in this feature, built by our user relevance team, suggest people you don't currently follow that you may find interesting. The suggestions are based on several factors, including people you follow and the people they follow. You'll see these suggestions on Twitter.com and the Find People section. If you like a suggestion, click "follow"; if you don't, click "hide," and we'll try not to suggest that user again.<br><br>Source: https://blog.twitter.com/en_us/a/2010/discovering-who-to-follow<br><br>In addition, you will begin to see recommendations for similar users when you view another account's profile. If you're interested in a particular user, you might be interested in these other accounts as well.<br><br><br><br>Source: https://blog.twitter.com/en_us/a/2010/discovering-who-to-follow |
| d) storing in a memory a description of an | The Twitter platform with system-generated follow suggestions stores in a memory a description of an optimum set of mutually exclusive communication channels. |

| optimum set of mutually exclusive communication channels. | For example, for a user to access the system-generated follow suggestion that the platform has selected to present to the user when the user logs into the platform, the platform stores these follow suggestions in a memory associated with the platform. This is done for all users of the platform, which means that the entire set of system-generated follow suggestions that the platform has selected to meet the optimization criteria are stored. |
|---|---|
| |  **Account:** If you are logged in to your Twitter account, you will see information such as your username, email addresses or phone numbers associated with your account, and your account creation details. You will also see certain information that you may have previously provided to us, such as your birthday and profile location. Whether or not you are logged in, you can also see certain information that we have inferred about your account or device such as gender and age range. You can update or correct most of this information at any time (your account creation details cannot be edited).

Source: https://twitter.com/i/flow/login
Source: https://help.twitter.com/en/managing-your-account/accessing-your-twitter-data |

It's easy to customize your profile by selecting unique profile and header images, adding a name, bio, location, birth date, and website. You can also choose a theme color, and pin a Tweet that other people will see when they visit your profile.

Source: https://help.twitter.com/en/managing-your-account/how-to-customize-your-profile



Source: https://martech.org/twitters-new-profile-page-now-available-everyone/

18

Reviewing your Twitter data can give you insights into the type of information stored for your account. It provides an easy way for you to view details about your account, and to make changes as you see fit.

Source: https://help.twitter.com/en/managing-your-account/accessing-your-twitter-data

Twitter's account suggestions are based on algorithms that make personalized suggestions for you. You may see suggestions based on criterion such as:

- If you've uploaded your contacts to Twitter, we'll suggest you connect with those who already have Twitter accounts.

- If someone has uploaded their contacts to Twitter, and your email address or phone number is included in their contacts, we may suggest you follow them.

- Twitter may also make suggestions based on your location, such as the city or country you are in.

- We may make suggestions based on your activity on Twitter, such as your Tweets, who you follow, and accounts and Tweets that you view or otherwise interact with.

Source: https://help.twitter.com/en/using-twitter/account-suggestions

**Account suggestions based on imported contacts**

When you upload your contacts to Twitter, these contacts may appear as suggested accounts for you to follow. Conversely, your account may appear as a suggestion for others to follow. You can control whether Twitter will use your address book to suggest your account to others by adjusting the privacy settings that let others find you by your email address or phone number.

Source: https://help.twitter.com/en/using-twitter/account-suggestions

This weekly email highlights a handful of people you may know who use Twitter. You can choose to follow any of the suggested people and you can find more people you may know on twitter.com. Suggestions are based on signals like who your friends follow and the contact information imported by people you know. For example, if several people you know follow someone, you may also know them and want to follow them too. There's no telling who you might find on Twitter, so open this weekly message for an ongoing source of great accounts to follow.

Source: https://blog.twitter.com/en_us/a/2012/people-you-may-know

With more than a hundred million users on Twitter, there are sure to be at least dozens of accounts out there that will reflect your interests. The trouble is finding all of them. Today we're beginning to roll out a simple, but powerful new feature to help address that — "Suggestions for You". The algorithms in this feature, built by our user relevance team, suggest people you don't currently follow that you may find interesting. The suggestions are based on several factors, including people you follow and the people they follow. You'll see these suggestions on Twitter.com and the Find People section. If you like a suggestion, click "follow"; if you don't, click "hide," and we'll try not to suggest that user again.

Source: https://blog.twitter.com/en_us/a/2010/discovering-who-to-follow

In addition, you will begin to see recommendations for similar users when you view another account's profile. If you're interested in a particular user, you might be interested in these other accounts as well.



Source: https://blog.twitter.com/en_us/a/2010/discovering-who-to-follow

21